UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KELLY SCHULTZ, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

THEMLSONLINE.COM, INC., a Missouri company,

    Defendant.

Civil No. 0:20-cv-02167-WMW-HB

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Kelly Schultz and Defendant TheMLSOnline.com, Inc. have reached an agreement in principle to resolve this matter. The parties anticipate filing a Stipulation for Dismissal of the action with prejudice as to the Plaintiff's individual claims within 30 days.

    Respectfully submitted,

DATE: March 19, 2021

*/s/ Avi R. Kaufman*
Avi R. Kaufman (pro hac vice)
Attorney for Plaintiff
Kaufman P.A.
400 NW 26TH Street
Miami, FL 33127
Phone: (305) 469-5881
kaufman@kaufmanpa.com

Ryan D. Peterson
Bar Number 0389607
Attorney for Plaintiff
Peterson Legal, PLLC
5201 Eden Avenue, Suite 300
Edina, Minnesota 55436

2

        Phone: (612) 367-6568
        Fax: (612) 295-0415
        ryan@peterson.legal

        Stefan Coleman (pro hac vice)
        Attorney for Plaintiff
        Law Offices of Stefan Coleman, P.A.
        201 S. Biscayne Blvd, 28th Floor
        Miami, FL 33131
        Phone: (877) 333-9427
        Fax: (888) 498-8946
        law@stefancoleman.com