UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KELLY SCHULTZ, individually, and on behalf of all others similarly situated, | Case No. 0:20-cv-02167-WMW-HB |
| Plaintiff, | |
| v. | **Stipulation for Dismissal** |
| THEMLSONLINE.COM, INC., a Missouri company, | |
| Defendant. | |

Plaintiff Kelly Schultz and Defendant TheMLSonline.com, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

1

2

Dated: April 29, 2021

*s/ Avi R. Kaufman*
Avi R. Kaufman (pro hac vice)
Attorney for Plaintiff
Kaufman P.A.
400 NW 26TH Street
Miami, FL 33127
Phone: (305) 469-5881
kaufman@kaufmanpa.com

Ryan D. Peterson
Bar Number 0389607
Attorney for Plaintiff
Peterson Legal, PLLC
5201 Eden Avenue, Suite 300
Edina, Minnesota 55436
Phone: (612) 367-6568
Fax: (612) 295-0415
ryan@peterson.legal

Stefan Coleman (pro hac vice)
Attorney for Plaintiff
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Phone: (877) 333-9427
Fax: (888) 498-8946
law@stefancoleman.com

Dated: April 29, 2021

*s/ Nathan Brennaman*
Erin L. Hoffman
Bar Number 0387835
Nathan Brennaman
Bar Number 0331776
Attorneys for Defendant
TheMLSonline.com
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-7000
F: 612-766-1600
erin.hoffman@faegredrinker.com
nate.brennaman@faegredrinker.com