UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kelly Schultz, | Case No. 20-cv-2167 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| TheMLSonline.com, Inc., | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal, (Dkt. 37), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 7, 2021                    s/Wilhelmina M. Wright
                                      Wilhelmina M. Wright
                                      United States District Judge